✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Elvis Tolbert

V.

Briggs and Stratton, Corporation, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05cv1149-T

TO: (Name and address of Defendant)

Briggs and Stratton, Corporation
Legal Counsel
150 Technology Parkway
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Charlene Campbell_
(By) DEPUTY CLERK

12-8-05
DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Elvis Tolbert

V.

Briggs and Stratton, Corporation, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05cv1149-T

TO: (Name and address of Defendant)

Harold Smith
Briggs and Stratton, Corporation
Plant Manager
150 Technology Parkway
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Charlene Campbell_

(By) DEPUTY CLERK

DATE    12-8-05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Elvis Tolbert

V.

Briggs and Stratton, Corporation, et al.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05CV1149-T

TO: (Name and address of Defendant)

Robert Wesphal
Briggs and Stratton, Corporation
Area Manager
150 Technology Parkway
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Charlene Campbell_

(By) DEPUTY CLERK

DATE    12-8-05