**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Briggs + Stratton Corp.
    Legal Counsel
    150 Technology Parkway
    Auburn, AL 36830
    05-cv-1149

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S. Melton         ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name): S. Melton
C. Date of Delivery: 12/09/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 002 6259 0734

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Harold Smith   05-1149
    Briggs + Stratton Corp.
    Plant Manager
    150 Technology Pkwy
    Auburn, AL 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S. Melton         ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name): S. Melton
C. Date of Delivery: 12/09/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 002 6259 0734

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert Wesphal  05-1149
   Briggs + Stratton Corp.
   Area Manager
   150 Technology Pkwy
   Auburn, AL 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X S Melton
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): S Melton
C. Date of Delivery: 12-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0012 6259 0758

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540