AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Elvis Tolbert

V.

Briggs and Stratton, Corporation, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1149-T

RECEIVED
DEC 15 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Robert Wesphal
Briggs and Stratton, Corporation
Area Manager
150 Technology Parkway
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

RETURNED AND FILED
DEC 15 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   12-8-05

CLERK                                                 DATE

*Charlene Campbell*

(By) DEPUTY CLERK

Clerk, U.S. District Co
P.O. Box 711
Montgomery, AL 36101

CERTIFIED MAIL

7000 1670 0012 6259 0758

RETURNED TO SENDER

no longer employed here.
Return to sender.

Robert Wesphal
Area Manager
Briggs & Stratton Corporation
750 Technology Parkway
Auburn, AL 36830

Attempted-Not Known