IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:05cv1149-T |
| ) | |
| BRIGGS and STRATTON, ) | |
| CORPORATION, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that the motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on January 20, 2006, with all briefs due by said date.

DONE, this the 4th day of January, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE