IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) Case Number: 3:05cv1149-T |
| BRIGGS AND STRATTON CORPORATION, et al., | ) ) ) |
|     Defendants. | ) ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 17, 2006, and was attended by:

    Juraldine Battle-Hodge. for plaintiff; and

    Thomas A. Davis, Esq. for defendants Briggs and Stratton and Harold Smith.

2. **Pre-discovery Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **February 20, 2006**.

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery plan:

    a. Plaintiff proposes that discovery will be needed on the following subjects:

        1. Defendant's policies, procedures and practices;

        2. Factual basis of the allegations of plaintiff's claims and damages;

3. Factual basis of the allegations of defendant's defenses and/or denials;

4. Knowledge of the persons believed to have discoverable information relevant to the plaintiff's claims and/or defenses asserted by the parties; and

Defendant proposes that discovery will be needed on all aspects of the case, including liability relating to plaintiff's claims, damages, and defenses.

b. All discovery will be commenced in time to be completed by **July 31, 2006.**

c. **Interrogatories:** Plaintiff may submit a total of 25 interrogatories to defendant, including discrete subparts, and defendant may submit a total of 25 interrogatories to plaintiff, including discrete subparts, without prior approval of the Court. Responses are due 30 days after service.

d. **Requests of Production:** Plaintiff may submit a total of 20 requests for production to defendant, including discrete subparts, and defendant may submit a total of 20 requests for production to plaintiff, including discrete subparts, without prior approval of the Court. Responses are due 30 days after service.

e. **Requests for Admissions:** Plaintiff may submit a total of 15 requests for admissions to defendant, including discrete subparts, and defendant may submit a total of 15 requests for admissions to plaintiff, including

2

discrete subparts, without prior approval of the Court. Responses are due 30 days after service.

f. **Depositions**: Maximum number of seven (7) by plaintiff and seven (7) by defendant, unless extended by agreement of the parties. Each deposition should be limited to seven (7) hours, unless extended by agreement of the parties.

g. **Reports from retained experts** under Rule 26(a)(2) due:

    (1) From plaintiff by **June 1, 2006**;

    (2) From defendant by **June 30, 2006**;

    (3) Supplementation under Rule 26(e), no later than 30 days before trial.

4. **Other Items**:

a. The parties do not request a conference with the Court prior to the entry of the Scheduling Order.

b. Plaintiff should be allowed until **February 20, 2006** to join additional parties and to amend the pleadings.

c. Defendant should be allowed until **March 20, 2006** to join additional parties and to amend the pleadings.

d. All potentially dispositive motions should be filed by **August 4, 2006**.

e. Settlement cannot be realistically evaluated prior to at least some discovery.

f. The parties request a final pretrial conference on or about **November 3, 2006**.

 g. Final lists of trial evidence under Rule 26(a)(3) should be exchanged 30 days before trial. The parties also agree to a 14-day period within which to file their written objections to exhibits and witnesses.

 h. The case should be ready for trial by **December 4, 2006**, and at this time is expected to take approximately 2-3 days for trial.

| ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| Juraldine Battle-Hodge (ASB-3072-G61J) | Thomas A. Davis (ASB-5877-S56T) |
| E-Mail: battleb@bellsouth.net | E-Mail: tdavis@constangy.com |
| Law Offices of Juraldine Battle-Hodge, P.C. | Robbie Steele Martin (ASB-6845-E47R) |
| 207 Montgomery Street, Suite 215 | E-Mail: rmartin@constangy.com |
| Montgomery, Alabama 36104 | Constangy, Brooks & Smith, LLC |
| Telephone: (334) 262-1177 | One Federal Place, Suite 900 |
| Facsimile: (334) 263-5569 | 1819 Fifth Avenue North |
|  | Birmingham, Alabama 35203 |
|  | Telephone: (205) 252-9321 |
|  | Facsimile: (205) 323-7674 |