IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:05cv1149-T |
| v. | ) |
| BRIGGS AND STRATTON CORPORATION, and ROBERT WESPHAL, HAROLD SMITH. | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT HAROLD SMITH'S MOTION TO DISMISS

COMES NOW the Plaintiff by and through his attorney of record and files this response to Defendant Harold Smith's Motion to Dismiss pursuant to Order of this Honorable Court. The Plaintiff shows unto the Court as follows:

1. That the Plaintiff voluntarily dismisses Harold Smith as a Defendant in this cause.

Respectfully submitted the 19th day of January 2006.

_____
Juraldine Battle-Hodge (3072-G-61-J)
Attorney for the Plaintiff

LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 262-1177
(334) 263-5569 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served upon the following counsels of record on January 19, 2006, by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

**Thomas A. Davis**
**Robbie Steele Martin**
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

_____
OF COUNSEL