IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv1149-T |
| | ) | |
| BRIGGS and STRATTON, | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Based upon plaintiff's response (Doc. No. 10), it is ORDERED that defendant Harold Smith's motion to dismiss (Doc. No. 6) is granted and defendant Smith is dismissed.

DONE, this the 25th of January, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE