**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| ELVIS TOLBERT,            ) | |
| )| |
| Plaintiff,            ) | |
| ) | |
| v.            ) | |
| ) | Case Number:  3:05cv1149-T |
| BRIGGS AND STRATTON            ) | |
| CORPORATION, ROBERT            ) | |
| WESPHAL, HAROLD SMITH ,            ) | |
| ) | |
| Defendants.            ) | |

**NOTICE OF APPEARANCE**

Thomas A. Davis of the firm Constangy, Brooks & Smith, LLC hereby gives notice of his appearance as counsel of record for defendant Briggs and Stratton Corporation in the above-styled action.  Per the Court's Order dated January 27, 2006, Mr. Davis was incorrectly removed as counsel.  All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered or mailed to the undersigned at the address stated below.

Respectfully submitted,


*/s/Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
E-Mail: tdavis@constangy.com
CONSTANGY, BROOKS & SMITH, LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-9321
Facsimile: (205) 323-7674

**Counsel for Defendant**


**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street
Suite 215
Montgomery, AL 36104
E-Mail: battleb@bellsouth.net


*/s/Thomas A. Davis*
Thomas A. Davis

2