# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number:  3:05cv1149-T |
| BRIGGS AND STRATTON | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with this Honorable Court's January 14, 2000 Order, defendant Briggs and Stratton Corporation hereby certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares to the public.  Defendant Briggs and Stratton Corporation has issued shares to the public.

Respectfully submitted,

*/s/Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
E-Mail:  tdavis@constangy.com
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 252-9321
Facsimile:  (205) 323-7674

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL  36104
E-Mail:  battleb@bellsouth.net

/s/Thomas A. Davis
Thomas A. Davis