IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv1149-T |
| ) | |
| BRIGGS and STRATTON, ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) Defendant Briggs and Stratton, Corporation's motion for clarification (Doc. No. 14) is granted to the extent set forth in this order.

(2) Said defendant's motion to dismiss (Doc. No. 5) is set for submission, without oral argument, on March 24, 2006, with all briefs due by said date.

DONE, this the 17th of March, 2006.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE