AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Elvis Tolbert

V.

Briggs & Stratton, Corporation, et al.

*Alias* SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05cv1149-T

TO: (Name and address of Defendant)

Robert Wesphal
Midwest Air Technologies
51 Murry Guard Drive
Jackson, Tennessee 38301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_____
(By) DEPUTY CLERK

DATE  3·17·06