# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case Number:  3:05cv1149-T |
| BRIGGS AND STRATTON ) | |
| CORPORATION, ROBERT ) | |
| WESPHAL, HAROLD SMITH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Tamula R. Yelling has become associated with the firm Constangy, Brooks & Smith, LLC.  Ms. Yelling will substitute for Robbie Steele Martin as counsel of record for defendant Briggs and Stratton Corporation in the above-styled action.  All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered or mailed (regular U.S. Mail and/or electronic mail) to the undersigned at the address stated below.

>Respectfully submitted,
>
>*/s/ Tamula R. Yelling*
>Thomas A. Davis (ASB-5877-S56T)
>E-Mail: tdavis@constangy.com
>Tamula R. Yelling (ASB-9447-E61T)
>E-Mail: tyelling@constangy.com
>CONSTANGY, BROOKS AND SMITH, LLC
>One Federal Place, Suite 900
>1819 Fifth Avenue North
>Birmingham, Alabama 35203
>Telephone: (205) 252-9321
>Facsimile: (205) 323-7674

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2006, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

>Juraldine Battle Hodge, Esq.
>Law Offices of Juraldine Battle-Hodge, P.C.
>207 Montgomery Street
>Suite 215
>Montgomery, AL 36104
>E-Mail: battleb@bellsouth.net

>*/s/Tamula R. Yelling*
>Tamula R. Yelling

2