IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT,            ) | |
|                           ) | |
|     Plaintiff,            ) | |
|                           ) | CIVIL ACTION NO. |
|     v.                    ) | 3:05cv1149-MHT |
|                           ) | |
| BRIGGS and STRATTON,      ) | |
| CORPORATION, et al.,      ) | |
|                           ) | |
|     Defendants.           ) | |

ORDER

It is ORDERED that the notice of substitution of counsel (Doc. No. 18) is treated as motion to substitute and said motion is granted.

DONE, this the 27th of March, 2006.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE