IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 27 P 2: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:05cv1149-T |
| vs. | ) |
| | ) |
| BRIGGS AND STRATTON CORPORATION, ET AL. | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE OBJECTION TO DEFENDANT'S MOTION TO DISMISS COUNT TWO OF PLAINTIFF'S COMPLAINT

**COMES NOW** the Plaintiff, by and through his attorney of record, Juraldine Battle-Hodge, and moves this Honorable Court for leave to file his objection to Defendant's Motion to Dismiss count two of Plaintiff's Complaint. As grounds for said motion, Plaintiff represents unto this Court as follows:

1. That the Defendant filed its Motion for Clarification on March 16, 2006.

2. That on March 17, 2006, this Honorable Court filed its Order granting Defendant's motion for clarification and set Defendant's motion to dismiss for submission without oral argument on March 24, 2006, with all briefs due by said date.

3. That the undersigned counsel is a solo practitioner.

4. That the undersigned counsel was out of her office from 12:00 p.m. March 17, 2006, until March 27, 2006.

5. That the undersigned went to Miami, Florida on the evening on March 17, 2006, and was out of the country as of March 18, 2006. Plaintiff did not return to her office until March 27, 2006.

6. That as a result, the Plaintiff received this Honorable Court's Order on March 27, 2006, which is after the time set to submit a brief in objection to Defendant's Motion to Dismiss.

7. That the Plaintiff does object to the Defendant's Motion to Dismiss and prays that this Honorable Court will grant leave to file his objection.

8. That further, granting Plaintiff leave to file his objection will not cause prejudice or undue delay in the proceedings.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
Attorney for the Plaintiff

Law Offices of Juraldine Battle-Hodge, P.C.
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:  (334) 262-1177
Facsimile:   (334) 263-5569

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following counsels of record on March 27, 2006, by placing a copy of the same in the U.S. Mail, First Class, postage prepaid, addressed as follows:

**Thomas A. Davis**
**Robert Steele Martin**
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

_____
OF COUNSEL