# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case Number:  3:05cv1149-T |
| BRIGGS AND STRATTON ) | |
| CORPORATION, ROBERT ) | |
| WESPHAL, HAROLD SMITH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Tamula R. Yelling has become associated with the firm of Constangy, Brooks & Smith, LLC.  All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered or mailed (regular U.S. Mail and/or electronic mail) to the undersigned at the address stated below.

>  /s/ Tamula R. Yelling_____
>  Tamula R. Yelling, ASB-9447-E61T
>  tyelling@constangy.com
>  CONSTANGY, BROOKS AND SMITH, LLC
>  One Federal Place, Suite 900
>  1819 Fifth Avenue North
>  Birmingham, Alabama  35203
>  Telephone (205) 252-9321
>  Fax (205) 323-7674
>
>  **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Juraldine Battle Hodge, Esq.
>Law Offices of Juraldine Battle-Hodge, P.C.
>207 Montgomery Street
>Suite 215
>Montgomery, AL  36104
>E-Mail:  battleb@bellsouth.net

This 28th day of March, 2006.

>/s/ Tamula R. Yelling
>Tamula R. Yelling, ASB-9447-E61T