IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ELVIS TOLBERT,                  )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )     3:05cv1149-MHT
                                )
BRIGGS and STRATTON,            )
CORPORATION, et al.,            )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion for leave to file objection (Doc. No. 20) is granted.

(2) Defendant Briggs and Stratton, Corporation's motion to dismiss (Doc. No. 5) is reset for submission, without oral argument, on April 10, 2006, with all briefs due by said date.

DONE, this the 28th of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE