IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELVIS TOLBERT,

     Plaintiff,

v.

                             **CASE NO. 3:05cv1149-T**

BRIGGS AND STRATTON
CORPORATION, and ROBERT
WESPHAL, HAROLD SMITH.

     Defendants.

## PLAINTIFF'S MOTION TO DISMISS

**COMES NOW** the Plaintiff by and through his attorney of record and voluntarily dismisses Defendant Robert Wesphal from this cause of action.

Respectfully submitted the 7th day of April 2006.

_____
Juraldine Battle-Hodge (3072-G-61-J)
Attorney for the Plaintiff

OF COUNSEL:

**LAW OFFICE OF JURALDINE BATTLE-HODGE, P.C.**
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 262-1177
(334) 263-5569 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following counsels of record on April 7, 2006, by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Thomas A. Davis
Robbie Steele Martin
CONSTANGY, BROOKS & SMITH, LLC
Suite 1410, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

OF COUNSEL