# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BRIGGS AND STRATTON CORPORATION, | ) ) ) ) | Case Number: 3:05cv1149-T
| Defendant. | ) ) |

## MOTION FOR CLARIFICATION

Defendant Briggs and Stratton ("defendant") moves the Court to clarify it's January 25, 2006, Order dismissing defendant Harold Smith from this lawsuit for the following reasons:

1. Defendant Briggs and Stratton and defendant Harold Smith both filed Motions To Dismiss Count Two of plaintiff's Complaint on the grounds that Count Two was merely a restatement of Count One alleging race discrimination.

2. Plaintiff did not file any opposition to the dismissal of Count Two.

3. Because no Opposition was filed to defendants' Motion and because there is no legal basis for Count Two of the Complaint, defendant Briggs and Stratton requests that the Court clarify its January 25, 2006, Order and dismiss Count Two of plaintiff's Complaint.

Respectfully submitted,

/s/Thomas A. Davis
Thomas A. Davis (ASB-5877-S56T)
E-Mail: tdavis@constangy.com
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-9321
Facsimile: (205) 323-7674

**Counsel for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
E-Mail: battleb@bellsouth.net

/s/Thomas A. Davis
Thomas A. Davis