IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT,              ) | |
|     ) | |
|   Plaintiff,        ) | |
|     ) | CIVIL ACTION NO. |
|   v.                ) | 3:05cv1149-MHT |
|     ) | |
| BRIGGS and STRATTON,        ) | |
| CORPORATION, et al.,        ) | |
|     ) | |
|   Defendants.       ) | |

### ORDER

It is ORDERED that plaintiff's motion to dismiss (doc. no. 23) is granted and that defendant Robert Wesphal is dismissed.

DONE, this the 12th of April, 2006.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE