IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT,           )<br>                                    )<br>    Plaintiff,             )<br>                                    )<br>v.                              )<br>                                    )<br>BRIGGS AND STRATTON )<br>CORPORATION, ROBERT )<br>WESPHAL, HAROLD SMITH, )<br>                                    )<br>    Defendants.           ) | CIVIL ACTION NO.:<br>3:05cv1149-MHT |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

Defendant Briggs and Stratton Corporation ("Briggs & Stratton") moves the Court for leave to reply to Plaintiff's Objection to Defendant's Motion to Dismiss. On December 22, 2005, defendant filed a Motion to Dismiss Count Two of plaintiff's Complaint because it is redundant, as it is merely a restatement of Count One alleging race discrimination, and there is no legal basis for the claim.

On April 10, 2006, plaintiff responded to defendant's Motion To Dismiss and made arguments that ignore legal precedent and the great weight of legal authority. Therefore, defendant respectfully requests the opportunity to file a Reply to Plaintiff's Objection to Defendant's Motion To Dismiss so that it can address same.

1

Respectfully submitted this 20th day of April, 2006.

  /s/ Tamula R. Yelling
Thomas A. Davis (ASB-5877-S56T)
E-Mail: tdavis@constangy.com
Tamula R. Yelling (ASB-9447-E61T)
E-Mail: tyelling@constangy.com
**CONSTANGY, BROOKS AND SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 252-9321
Facsimile:   (205) 323-7674

**Counsel for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL  36104
E-Mail: battleb@bellsouth.net

  /s/ Tamula R. Yelling
Counsel of Record