IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | |
|---|---|
| ELVIS TOLBERT, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
|    v. | )    3:05cv1149-MHT |
| | ) |
| BRIGGS and STRATTON, | ) |
| CORPORATION, et al., | ) |
| | ) |
|    Defendants. | ) |

                           ORDER

It is ORDERED that the motion for leave to file reply (doc. no. 26) is granted.

DONE, this the 21st day of April, 2006.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE