| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Westphal<br>Midwest Air [illegible]<br>51 Mary Guard Drive<br>Jackson, Tennessee 38301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>APR 17 2006<br>DISTRICT COURT | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0001 0098 8196 | |
| PS Form 3811, February 2004 | Domestic Return Receipt  05-1149 | 102595-02-M-1540 |

P.O.Box 711 36101

rk, United States District Court
D. Box 1667
ntgomery, AL 36102-1667

**CERTIFIED MAIL**

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

7005 0390 0000 0898 8196

3-20-06

3:05-1149-T



Robert Wesphal
Midwest Air Technologies
51 Murry Guard Drive
Jackson, Tennessee 38301

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Elvis Tolbert

V.

Briggs & Stratton, Corporation, et al.

*Alias* SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05cv1149-T

TO: (Name and address of Defendant)

Robert Wesphal
Midwest Air Technologies
51 Murry Guard Drive
Jackson, Tennessee 38301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Juraldine Battle-Hodge
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                                  3-17-06

CLERK                                                                                                    DATE

(By) DEPUTY CLERK