### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05cv1149-MHT |
| | ) | |
| BRIGGS AND STRATTON | ) | **UNOPPOSED** |
| CORPORATION, ROBERT | ) | |
| WESPHAL, HAROLD SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO CONDUCT DEPOSITION OUTSIDE
### OF DISCOVERY DEADLINE

Defendant Briggs and Stratton Corporation ("Briggs" or "defendant") moves the Court to allow the parties to conduct the deposition of Harold Smith outside of the discovery deadline. As grounds for this Motion, defendant states as follows:

1. The discovery deadline in this case is July 31, 2006, and the dispositive motion deadline is November 6, 2006. The parties have conducted paper discovery, and plaintiff's deposition has been taken. However, due to the parties' conflicting schedules, the parties have had difficulties scheduling the deposition of Harold Smith.

2. Based on the parties' inability to schedule Mr. Smith's deposition, defendant respectfully requests that the parties be allowed to conduct the deposition of Mr. Smith outside of the discovery deadline.

3. Counsel for defendant has conferred with plaintiff's counsel who does not oppose this motion. In fact, the parties have agreed to conduct Mr. Smith's deposition on August 18, 2006.

4. No other deadlines should be affected by the granting of this motion. Based on the foregoing, defendant respectfully requests that this Court allow the parties to conduct Mr. Smith's deposition outside of the discovery deadline.

Respectfully submitted,

/s/ Tamula R. Yelling
Thomas A. Davis (ASB-5877-S56T)
Direct Dial: 205-226-5465
E-Mail: tdavis@constangy.com
Tamula R. Yelling (ASB-9447-E61T)
Direct Dial: 205-2265471
E-Mail: tyelling@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Facsimile: (205) 323-7674

**Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2006, I electronically filed the foregoing Motion To Conduct Deposition Outside of Discovery Deadline with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

>Juraldine Battle Hodge, Esq.
>Law Offices of Juraldine Battle-Hodge, P.C.
>207 Montgomery Street, Suite 215
>Montgomery, AL  36104
>E-Mail:  battleb@bellsouth.net

>*/s/Tamula R. Yelling*
>Counsel for Defendant