IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ELVIS TOLBERT,                )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )     3:05cv1149-MHT
                              )
BRIGGS and STRATTON,          )
CORPORATION, et al.,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to conduct deposition outside of discovery deadline (doc. no. 30) is granted.

DONE, this the 28th day of July, 2006.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE