IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:05cv1149-MHT |
| ) | |
| BRIGGS AND STRATTON ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRIGGS AND STRATTON CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Elvis Tolbert ("plaintiff") filed this lawsuit against defendant Briggs & Stratton Corporation ("Briggs" or "defendant"), alleging that Briggs discriminated against him on the basis of his race, in violation of Title VII of the Civil Rights Act of 1964, as amended. Specifically, plaintiff alleges that, because of his race, Briggs discriminated against him in promotions, compensation, assignments and the terms and conditions of his employment, as well as discriminatorily terminated his employment. Furthermore, plaintiff makes a claim of intentional infliction of emotional distress against defendant. Pursuant to Fed. R. Civ. P. 56(c), defendant moves the Court for summary judgment on all claims asserted by plaintiff on the following grounds:

1

65672.1

1. Plaintiff can neither establish a *prima facie* case nor demonstrate pretext in Briggs' legitimate, non-discriminatory reason for its decision to terminate plaintiff's employment.

2. Plaintiff can neither establish a *prima facie* case nor demonstrate pretext in Briggs' legitimate, non-discriminatory reason for its actions with respect to promoting plaintiff.

3. Plaintiff failed to exhaust Title VII's administrative prerequisites with respect to his claims that occurred between 1996 and mid-2003.

4. Plaintiff can neither establish a *prima facie* case nor demonstrate pretext in Briggs' legitimate, non-discriminatory reason for its actions with respect to compensation, assignments and terms and conditions of employment.

5. Plaintiff cannot establish a claim of intentional infliction of emotional distress.

In support of this Motion, Briggs submits the following evidentiary materials:

(1) Plaintiff's deposition, with exhibits;

(2) Harold Smith's deposition, with exhibits;

(3) Declaration of Harold Smith;

65672.1

(4) Declaration of Tim Beasley;

(5) Declaration of Robert Westphal; and

(6) Defendant's supporting Brief.

Therefore, based on the evidentiary submissions and the arguments presented in defendant's Brief in Support of its Summary Judgment Motion, defendant Briggs respectfully requests that this Court grant summary judgment as to all of plaintiff's claims.

                          Respectfully submitted,

                          *s/ Thomas A. Davis*
                          Thomas A. Davis (ASB-5877-S56T)
                          E-Mail: tdavis@constangy.com
                          Tamula R. Yelling (ASB-9447-E61T)
                          E-Mail: tyelling@constangy.com

                          ***Counsel for Defendant***

**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 252-9321
Facsimile:   (205) 323-7674

65672.1

# **CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL  36104
E-Mail:  battleb@bellsouth.net

          *s/ Thomas A. Davis*
          Counsel of Record

4

65672.1