IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05cv1149-MHT |
| | ) | |
| BRIGGS AND STRATTON | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BRIGGS AND STRATTON CORPORATION'S
EVIDENTIARY SUBMISSION IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant Briggs & Stratton Corporation ("Briggs" or "defendant") submits the following evidentiary submission in support of its Motion for Summary Judgment:

Exhibit 1   -   Plaintiff's deposition, with exhibits;

Exhibit 2   -   Harold Smith's deposition, with exhibits;

Exhibit 3   -   Declaration of Harold Smith;

Exhibit 4   -   Declaration of Tim Beasley;

Exhibit 5   -   Declaration of Robert Westphal; and

Exhibit 6   -   Defendant's supporting Brief.

1

Respectfully submitted,

*s/Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
E-Mail:  tdavis@constangy.com
Tamula R. Yelling (ASB-9447-E61T)
E-Mail:  tyelling@constangy.com

*Counsel for Defendant*

**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 252-9321
Facsimile:   (205) 323-7674

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL  36104
E-Mail:  battleb@bellsouth.net

*s/ Thomas A. Davis*
Counsel of Record

65726.1