IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ELVIS TOLBERT,              )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    3:05cv1149-MHT
                            )
BRIGGS and STRATTON,        )
CORPORATION, et al.,        )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 33) and motion to strike (doc. no. 32) are set for submission, without oral argument, on November 21, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 6th day of November, 2006.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE