IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:05cv1149-T |
| vs. | ) |
| BRIGGS AND STRATTON CORPORATION, | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Elvis Tolbert in the above styled cause and moves this Honorable Court to deny Defendants' Motion for Summary Judgment. As grounds therefore, the Plaintiff avers that there is a genuine issue of material fact to be submitted to a jury of Plaintiff's peers, and the Defendants are not due judgment as a matter of law, as to any claims made by the Plaintiff. In support of their response, Plaintiff relies on the following:

    A.    All Exhibits, attached to this motion and denoted as follows:

        Exhibit "A"    Plaintiff's Complaint

        Exhibit "B"    Defendants' Answer

        Exhibit "C"    Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment

        Exhibit "D"    Plaintiff's Affidavit

Exhibit "E"   Excerpts from Deposition of Harold Smith

Exhibit "F"   Excerpts from Deposition of Elvis Tolbert - Plaintiff

**WHEREFORE, THE PREMISIES CONSIDERED,** Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion for Summary Judgment, and allow this cause to move forward and be heard by a jury of Plaintiffs' peers.

Respectfully submitted,

_____
Juraldine Battle-Hodge (BAT033)
Attorney for Plaintiff

**LAW OFFICES OF JURALDINE BATTLE-HODGE**
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:  (334) 262-1177
Facsimile:  (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2006, the foregoing document was served upon the following counsels of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Thomas A. Davis
**CONSTANGY, BROOKS & SMITH, LLC**
Suite 1410, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

_____
Of Counsel