# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:05cv1149-T |
| vs. | ) |
| | ) |
| BRIGGS AND STRATTON CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF ELVIS TOLBERT

Before me, the undersigned authority in and for said county and state personally appeared Elvis Tolbert who is known to me and being duly sworn, deposes and says under oath as follows:

1. My name is Elvis Tolbert. I am over the age of nineteen and I have personal knowledge of the matter set forth herein.

2. I am the Plaintiff in the above styled case.

3. I was employed by Briggs and Stratton from May 1996 until December 2004.

4. Roger Milby was also responsible for repairing the machines himself in the flywheel department.

5. The Defendant never supplied me with an 800 number to contact the EEO.

6. It is not true that when machines went down, rather than require a quick response from my hourly employees, I attempted to perform the work myself. Briggs had specialized employees to respond when employees had problems.

7. Machine failure was the cause of any significant loss of reproduction.

8. I was the one who created procedure to identify and control a situation that was already out of hand before I was assigned to flywheels. Flywheel production is a three shift operation.

9. Even though fly wheel production is a three shift production, I am curious how this problem got isolated to just me, yet everyone else works there.

10. The 127 deficiencies were created at the inception of the flywheel department. I was assigned to this department around September or October of 2003.

11. I was never counseled individually for any performance problems. All three shifts were counseled at the same time.

12. The production requirements are monitored by the production control department. 50% could have been a result of down machinery, which can and did happen several times on any shift. There have been times when the flywheel department was shut down for days, producing zero flywheels.

13. Mr. Covington's assignment was temporary. At the time I was terminated Mr. Covington was not assigned to model 20 flywheels.

14. Kelvin Fluharty had been re-assigned to model 40 assembly at the time he was terminated.

15. Kelvin Fluharty was terminated long before I was. At the time of his termination he had also been reassigned to a different department.

16. Milby's promotion was announced or posted.

17. The email insinuates that the manager was out to see me fall down.

18. I was a supervisor at Briggs & Stratton for 8 ½ years, yet all of a sudden the Defendant says that I am not qualified.

Further saith not.

Dated this the 21st day of November 2006 ~~2005~~

_____
ELVIS TOLBERT

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

    On this the 21st day of November 2006, before me, the undersigned Notary Public, in and for said State and County, personally appeared, Elvis Tolbert who is known to me, and states that the foregoing information is true and correct to the best of his information, belief and knowledge, and that he executed same voluntarily on the day the same bears date.

_____
NOTARY PUBLIC

October 5, 2010
My Commission Expires