# EXHIBIT F

# FREEDOM COURT REPORTING

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
ELVIS TOLBERT,            )
          Plaintiff,      )
vs.                       )  CIVIL ACTION NO.
BRIGGS AND STRATTON       )  3:05cv1149-MHT
CORPORATION, ROBERT       )
WESPHAL, HAROLD SMITH,    )
          Defendants.     )
```

**COPY**

DEPOSITION OF ELVIS TOLBERT

In accordance with the Federal Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Maya Rose, am hereby delivering to TOM DAVIS, the original transcript of the oral testimony taken on the 27th day of June, 2006, along with the exhibits.

Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 2

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the deposition of ELVIS TOLBERT may be taken before MAYA ROSE, Commissioner, Court Reporter and Notary Public, State at Large.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial, or at the time said deposition is offered in evidence, or prior thereto.

**FREEDOM COURT REPORTING**

Page 3

1  IT IS FURTHER STIPULATED AND
2  AGREED that the notice of filing of the
3  deposition by the Commissioner is waived.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 4

```
 1              A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4       Ms. Juraldine Battle-Hodge
 5       Attorney at Law
 6       207 Montgomery Street, Suite 215
 7       Montgomery, Alabama   36104
 8
 9   FOR THE DEFENDANT:
10       Mr. Thomas A. Davis
11       Ms. Tamula R. Yelling
12       Attorneys at Law
13       Constangy, Brooks & Smith, LLC
14       One Federal Place, Suite 900
15       1819 Fifth Avenue North
16       Birmingham, Alabama   35203
17
18       Mr. Scott P. Langelin
19       Senior Counsel-Briggs & Stratton Corp.
20       Employment Law & Labor Relations
21       Post Office Box 702
22       Milwaukee, Wisconsin   53201
23
```

**FREEDOM COURT REPORTING**

Page 5

```
1                    I N D E X
2
3                                               PAGE
4  EXAMINATION BY MR. DAVIS:................7
5  EXAMINATION BY MS. BATTLE-HODGE:.......148
6  REEXAMINATION BY MR. DAVIS:............149
7
8                  E X H I B I T S
9  DEFENDANT'S NO.                              PAGE
10 Exhibit 1...............................21
11 Exhibit 2...............................59
12 Exhibit 3...............................96
13 Exhibit 4..............................101
14 Exhibit 5..............................126
15 Exhibit 6..............................127
16 Exhibit 7..............................131
17 Exhibit 8..............................138
18 Exhibit 9..............................146
```

**FREEDOM COURT REPORTING**

Page 6

1  I, Maya Rose, a Court Reporter of
2  Birmingham, Alabama, and a Notary Public
3  for the State of Alabama at Large, acting
4  as Commissioner, certify that on this
5  date, pursuant to the Federal Rules of
6  Civil Procedure and the foregoing
7  stipulation of counsel, there came before
8  me at 207 Montgomery Street, Suite 215,
9  Montgomery, Alabama, on the 27th day of
10  June, 2006, commencing at 10:13 a.m.,
11  ELVIS TOLBERT, witness in the above cause,
12  for oral examination, whereupon the
13  following proceedings were had and done:
14
15              ELVIS TOLBERT,
16  being first duly sworn, was examined and
17  testified as follows:
18
19         THE REPORTER:  Usual
20  stipulations?
21         MS. BATTLE-HODGE:  Usual
22  stipulations.
23         MR. DAVIS:  Yes, please.

**FREEDOM COURT REPORTING**

Page 89

1  as a hundred and thirty-five people, which
2  included permanent and temporary
3  employees.
4      Q.   Okay.  But in the -- moving to
5  the flywheel area, you supervised about
6  forty?
7      A.   Roughly.  Like I said, I can't
8  be specific.
9      Q.   Okay.  Do you remember Robert
10 discussing with you or having any problems
11 with your production, the number of
12 flywheels coming out of your area?
13     A.   No.  No.  Like I say, we may
14 have sat down as a unit, meaning the three
15 supervisors, and the production was based
16 on that area, not necessarily singled out
17 shifts.  As a matter of fact, my area or
18 my shift was one of the better above or
19 average production.  And to even amplify
20 that even more, the quality was head and
21 shoulders above the other two shifts.
22     Q.   So do you have any recollection
23 of Robert Wesphal talking to you about

1  effect that -- then he went into this
2  little spiel of trying to soften it up.
3  And Robert interjected and said, well, you
4  know, the reason we're letting you go is
5  because of your performance.  And I said,
6  what?  And he was -- he said, as a matter
7  of fact, the straw that broke the camel's
8  back was the flywheel that was laying in
9  the area as you was making reference to
10 earlier, was the straw that broke the
11 camel's back.
12         And, you know, I started to
13 explain that, but, you know, it was
14 already predetermined that that situation
15 had been rehearsed or whatever.  But those
16 flywheels that he was referring to didn't
17 come from my shift.  One way of trying to
18 resolve some of the problems that you see
19 here was we went to -- well, there was
20 already a color code based on the shift
21 and the flywheel that was laying there was
22 not from my shift.  They was from previous
23 shifts.  But that was supposed to be the

1  relate in any shape, fashion, or form to
2  this lawsuit?
3          A.  I remember coming over to the
4  Model 20 assembly line, and part of that
5  area, the office that I would occupy was
6  upstairs.  And at that time I believe it
7  was unoccupied or wasn't set up, you know,
8  for things that I would need to run that
9  particular department such as a desk,
10 chair, that kind of thing.
11         Well, anyway, we scrounged up a
12 desk from within the plant and -- but we
13 didn't have a chair, a suitable chair.  I
14 think the only thing they had was like
15 little metal folding chairs throughout the
16 plant.  Well, in organizing my office, I
17 went through the little office catalog
18 book that they normally order from and,
19 you know, the chairs was, in my opinion,
20 ridiculously high.  So in sitting down
21 with my area manager at the time, Randy
22 Petasi.  I said, Randy, these chairs are
23 kind of expensive, man, and, you know, I

FREEDOM COURT REPORTING

Page 86

1  y'all I don't agree with that so I'm not
2  going to do that.  I said it's not going
3  to hurt you to walk down there and tell
4  those people what you want them to do.
5  No, you either do it or you resign.  I'm
6  like, where did that come from?
7           So I brought it up to Harold
8  Smith, the plant manager, of course.  And,
9  you know, I told him about the situation.
10 He just shook his head.  So of course we
11 sit down, me and him and John, and for
12 whatever reason I don't -- I didn't get
13 any satisfaction out of that meeting
14 either.  Basically --
15      Q.   What year was that?
16      A.   I don't remember.
17      Q.   Any other complaint or
18 criticism or issue with John France as it
19 relates to your lawsuit here today?
20      A.   Not that I remember.  Nothing
21 at this time.
22      Q.   How about Robert Wesphal?
23      A.   Like I say, I think it was a

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1      A.   Like I said -- I'm not exactly sure of the employment agency, but, like I said, I started out at Briggs through the temp agency. And after "X" amount of time, I was offered a position as a production operator. Shortly after that, I was promoted I'd say within two months, three months, to what's considered a setup position. But by the end of the year, the November time frame, I was offered a job in management as a supervisor, so --

12     Q.   In '96?

13     A.   Same year. From May -- from my time of employment with Briggs & Stratton, May to November, I went from being a temporary employee to a supervisor.

17     Q.   A supervisor, is that what they call coach?

19     A.   Coach, team leader.

20     Q.   Okay. I've seen it as coach. Is it also called team leader?

22     A.   Once upon a time, we was considered team leaders as well.