IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV 29  A 11: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) CIVIL ACTION NO. 3:05cv1149-T |
| vs. | ) |
| | ) |
| BRIGGS AND STRATTON | ) |
| CORPORATION, | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW** the Plaintiff through his Attorney of Record, Juraldine Battle-Hodge, pursuant to the Court's *Uniform Scheduling Order* and states as follows:

1. A settlement conference was held by the parties for the purpose of settlement negotiations.

2. The parties advise the Court that at this time there is no possibility of settlement and the parties believe that mediation will not assist them in resolving this case short of trial.

Respectfully submitted,

JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE, P.C.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone:  (334) 262-1177
Facsimile:  (334) 263-5569

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November 2006, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Thomas A. Davis
**CONSTANGY, BROOKS & SMITH, LLC**
Suite 1410, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

_____
Of Counsel