## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **ELVIS TOLBERT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **3:05cv1149-MHT** |
| | ) | |
| **BRIGGS AND STRATTON** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT BRIGGS AND STRATTON CORPORATION'S RENEWED MOTION TO STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES[1]

Plaintiff Elvis Tolbert ("plaintiff") filed this lawsuit against defendant Briggs & Stratton Corporation ("Briggs" or "defendant"), alleging that Briggs discriminated against him on the basis of his race, in violation of Title VII of the Civil Rights Act of 1964, as amended, and plaintiff also made a claim of intentional infliction of emotional distress against defendant.

On November 3, 2006, defendant moved the Court to strike plaintiff's claim for punitive damages. As plaintiff failed to respond to defendant's Motion to Strike within the time allotted by the Court, plaintiff is deemed to have no

---

[1] This Motion was filed in the alternative that the Court denied defendant's Motion for Summary Judgment as to plaintiff's claims of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, and intentional infliction of emotional distress.

opposition to the Motion.  See Uniform Scheduling Order § 6, No. 3:05cv1149-MHT (entered January 24, 2006).

Based on the foregoing, defendant respectfully renews it request that this Court grant its Motion to Strike Plaintiff's Claim for Punitive Damages.

Respectfully submitted,

*s/ Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
E-Mail:  tdavis@constangy.com
Tamula R. Yelling (ASB-9447-E61T)
E-Mail:  tyelling@constangy.com

**Counsel for Defendant**

**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 252-9321
Facsimile:   (205) 323-7674

104810.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Juraldine Battle Hodge, Esq.
Law Offices of Juraldine Battle-Hodge, P.C.
207 Montgomery Street, Suite 215
Montgomery, AL  36104
E-Mail:  battleb@bellsouth.net


*s/ Thomas A. Davis*
Counsel of Record

104810.1