IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:05cv1149-MHT |
| ) | |
| BRIGGS AND STRATTON ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL DECLARATION OF TIM BEASLEY IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT**

My name is Tim Beasley. I am the Human Resources Manager at Briggs & Stratton's Auburn, Alabama plant. I am aware of the lawsuit filed by Elvis Tolbert, and this Declaration is based on my personal knowledge.

1. Between February 25, 2003 and March 15, 2005, three (3) white supervisors were also terminated for poor job performance, including Kevin Fluharty who was the engineer that provided support for Mr. Tolbert's area. Mr. Fluharty was terminated on March 16, 2005. (Exhibit 1).

2. During this litigation, Mr. Tolbert has complained about ways in which he believes that he was discriminated against while employed at Briggs. As part of Briggs' Integrity Policy, employees are given an 800 number to which an employee can call and make complaints, if that employee is not comfortable

104507.1

making such complaints to someone at the plant. The 800 number is listed in Briggs' Committed To A Better Future Through Integrity Policy, which is also placed in an employee's mailbox when he becomes a supervisor. (Exhibit 2). Mr. Tolbert never made a complaint of discrimination during his employment with Briggs.

104507.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 5th day of December, 2006.

_____
Tim Beasley

104507.1

# EXHIBIT 1

# EMPLOYEE JOB & SALARY/CHANGE OF STATUS FORM

**If hire, job change, or leaving company, and the employee had/has director reports; send a list of employees affected to Corp HR**

| REQUISITION # | ACTION DATE | EFFECTIVE DATE | 3-16-05 |
|---|---|---|---|
| INDEX # 73509 | NAME Kevin L. Fluharty | SSN | |
| DOH | SENIORITY DATE | SERVICE DATE | REHIRE |
| LDW | PTD | Next Review Date | |

Suitable Rehire Y/N    Gave Notice Y/N    Employee's Signature _____ Date
(New Hire Only)

ACTION/REASON    **TER PER**

| | FROM: | TO: |
|---|---|---|
| DEPT#/ASSIGNED DEPT# | | |
| LOCATION #/NAME | Location of Dept | |
| SUPERVISOR | | |
| JOB CODE# | | |
| JOB TITLE | | |
| REGULAR/TEMPRARY | (Always Use Regular) | |
| FULL/PART TIME | | |
| EMPLOYMENT CLASS | | |
| OFFICER CODE | | |
| SHIFT | | |
| STANDARD HRS/WK | Work Week Always Weekly | |
| PAY GROUP | Payroll System Always North America | |
| HOLIDAY SCHEDULE | Matches PayGroup Unless Exception | |
| EMPLOYMENT TYPE | | |
| TAX LOCATION | Must be Employees Physical Location | |
| SALARY PLAN & GRADE | MLS/RGL/GPP | |
| COMPRATE/FREQ | | |
| CHANGE AMOUNT/% | | |
| ATTENDANCE REPORTER# | | |
| EVA & OVERTIME | | |
| SENSITIVITY LEVEL | 00=Hourly/10=Salaried/30=Div_GM_VP | |
| DIVISION | | |
| BUDGET LEVEL | | |
| REFERRAL SOURCE | | |
| BENEFIT PROGRAM | | |
| AFFIRMATIVE ACTION PLAN Is the location of their manager's physical location. | CORPORATE, MILWAUKEE, GENERAC, ROLLA, POPLAR BLUFF, AUBURN, STATESBORO, MURRAY | CORPORATE, MILWAUKEE, GENERAC, ROLLA, POPLAR BLUFF, AUBURN, STATESBORO, MURRAY |

COMMENTS (*Please use back of form for additional space*)

Vacation Accrual Plan
√ One (On term designate days to be paid)

| | | |
|---|---|---|
| Core | | Driven by Service Date |
| 15 Days | | Used to grant more than core |
| 20 Days | | Used to grant more than core |
| 25 Days | | Used to grant more than core |

APPROVAL: *Pamela Hall*
Manager Name
3/15/05
Date

Human Resources
3-15-05
Date

m:\Hr-Admin\Forms\EE Job&Sal Form.doc    03/15/2005

# EXHIBIT 2

## Committed to a Better Future Through *Integrity*

**Briggs & Stratton Corporation**

## Questions

While EmPower Line is an ongoing program for concerned employees, we encourage direct communication between you and your supervisor whenever possible. If you prefer to report your concern anonymously, call the EmPower Line. Your call is toll-free and can be made in confidence 24 hours day or night.

**888.732.1411**

## Integrity Risks

Integrity risks are situations or events, which harm you, your company or your customers. These include:

- Theft and fraud
- Auditing and accounting irregularities
- Time clock abuse and payroll deceit
- On-the-job alcohol and drug abuse
- Unauthorized discounts
- Disregard for company policies
- Sexual harassment and other acts of discrimination
- Anything that threatens your security or that of your company, co-workers or customers

Risks like these can cause companies to lose billions of dollars each year.

© 2003 Briggs & Stratton Corporation   MS-5565-1/04

# INTEGRITY
## BY OVERCOMING OBSTACLES

A successful workplace is one that both enables and encourages employees to perform at their best. When this type of environment is maintained it improves productivity, product quality and customer service.

Integrity is a key element of a successful workplace. Our commitment to integrity in the workplace is expressed in the Briggs & Stratton Business Integrity Manual. The manual is provided to each employee and is available online on the EmPowerNet web site. The manual contains company policies that help employees do their jobs efficiently and safeguards to protect against legal and business risk.



# MAKE INTEGRITY
## YOUR BUSINESS

It's important to remember that the actions of a few can impact many. When anyone violates a company policy, for example, by engaging in fraud, auditing or accounting irregularities, theft or on-the-job drug and alcohol abuse, it can affect thousands of individual lives and families. Fortunately, there are things you can do to keep these risks out of your workplace.

If you have a concern about a possible violation of a policy in the Briggs & Stratton Business Integrity Manual, you should report that concern promptly to your manager, a member of the Integrity Steering Committee for your area, your Human Resources representative, or the next level of management above your supervisor.

If you prefer to report your concerns anonymously, call the EmPower Line at 1-888-732-1411, any time, 24 hours a day, 7 days a week. When you make a call to EmPower Line, a trained Communications Specialist answers and asks you to anonymously describe your concern in enough detail so that the information can be further established. No call tracing, tracking or recording devices are used and you are offered the option of remaining anonymous.

# INTEGRITY
## HELP LINE

EmPower Line's communications specialists are experts both in collecting the right information on incidents you report and protecting you. They're skilled at not taking sides and act only as unbiased, third-party professionals concerned with your best interests and your company's success.

Your call is assigned an individual code number, and you are given a date to call back to receive the status of your concern.

After your call, a written report describing the concern is forwarded to your company's designated official where it is carefully reviewed. If necessary an investigation is conducted to gather independent evidence to support any appropriate action. Feedback from the issues raised in the report will be provided to you when you call back EmPower Line. If you choose to remain anonymous, your identity is protected throughout the process.

Report anything that troubles you or makes you uncomfortable. Even if you don't have all the facts, your quick action could prevent a far more serious incident.