IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:05cv1149-MHT |
| | ) | |
| BRIGGS and STRATTON CORPORATION, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

This cause is before the court on the defendant Briggs and Stratton Corporation's motion to strike plaintiff Elvis Tolbert's claim for punitive damages (doc. no. 32). This court entered an order (doc. no. 36) setting that motion for submission, without oral argument, on November 21, 2006, with any opposing brief and evidentiary materials due by that date. To date, Tolbert has failed to respond and thus failed to note any opposition.

Accordingly, it is ORDERED as follows:

(1) Defendant Briggs and Stratton Corporation's motion to strike (doc. no. 32) is granted.

(2) Plaintiff Elvis Tolbert's claim for punitive damages is struck.

DONE, this the 11th day of December, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**