IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>BRIGGS and STRATTON )<br>CORPORATION, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>3:05cv1149-MHT |

## ORDER

It is ORDERED that defendant Briggs and Stratton Corporation's renewed motion to strike (doc. no. 41) is denied as moot.

DONE, this the 11th day of December, 2006.

　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**