IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv1149-MHT |
| | ) | |
| BRIGGS and STRATTON, | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to strike (doc. no. 42) is set for submission, without oral argument, on December 22, 2006, with all briefs due by said date.

DONE, this the 11th day of December, 2006.

                   /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE