IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1149-MHT |
| ) | |
| BRIGGS and STRATTON ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Counsel for plaintiff having failed to respond to the motion to strike plaintiff's affidavit (doc. no. 42) within the time allowed by order, and counsel having also failed to act after the court called her and afer she orally informed the court that a response would be filed, it is ORDERED as follows:

(1) Defendant Briggs and Stratton Corporation's motion to strike plaintiff's affidavit (doc. no. 42) is granted.

(2) Plaintiff Elvis Tolbert's affidavit (doc. no. 37-5) submitted in support of his response in opposition to defendant's motion for summary judgment is struck.

DONE, this the 9th day of January, 2007.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE