IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05cv1149-MHT |
| | ) | |
| BRIGGS AND STRATTON CORPORATION, | ) | **UNOPPOSED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION**

Defendant Briggs and Stratton Corporation ("Briggs" or "defendant") moves this Court to extend the deadline for the parties to exchange witness lists from Wednesday, January 31, 2007 until Monday, February 12, 2007 for the reasons set forth below. The Undersigned has spoken to counsel for Plaintiff Elvis Tolbert ("plaintiff"), and she does not oppose this motion. Extending the deadline will allow both parties to gather the information necessary to provide accurate witness lists. No other deadlines should be affected by the granting of this motion. For the foregoing reasons, defendant moves the Court to extend the deadline for the parties to exchange witness lists from Wednesday, January 31, 2007 until Monday, February 12, 2007.

  Respectfully submitted,

  */s/ Thomas A. Davis*
  Thomas A. Davis (ASB-5877-S56T)
  Direct Dial:  205-226-5465
  E-Mail:  tdavis@constangy.com
  Tamula R. Yelling (ASB-9447-E61T)
  Direct Dial:  205-226-5471
  E-Mail:  tyelling@constangy.com
  **CONSTANGY, BROOKS & SMITH, LLC**
  One Federal Place, Suite 900
  1819 Fifth Avenue North
  Birmingham, Alabama 35203
  Facsimile:   205-323-7674

  **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed the foregoing Motion For Extension with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participant(s) as follows:

  Juraldine Battle Hodge, Esq.
  Law Offices of Juraldine Battle-Hodge, P.C.
  207 Montgomery Street, Suite 215
  Montgomery, Alabama 36104
  E-Mail:  battleb@bellsouth.net

  */s/Thomas A. Davis*
  Counsel for Defendant