IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BRIGGS and STRATTON, )<br>CORPORATION, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:05cv1149-MHT |

## ORDER

It is ORDERED that the motion for extension (doc. no. 47) is granted.

DONE, this the 29th day of January, 2007.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE