IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1149-MHT |
| ) | |
| BRIGGS and STRATTON ) | |
| CORPORATION, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED that defendant Briggs and Stratton Corporation's motion to dismiss count two of plaintiff Elvis Tolbert's complaint for failure to state a claim upon which relief can be granted (doc. no. 5) is denied as moot.

DONE, this the 8th day of February, 2007.

                           /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE