IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ELVIS TOLBERT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv1149-MHT |
| | ) | (WO) |
| BRIGGS and STRATTON | ) | |
| CORPORATION, | ) | |
| | ) | |
|    Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Briggs and Stratton Corporation's motion for summary judgment (doc. no. 33) is granted as to plaintiff Elvis Tolbert's Title VII claims.

(2) Judgment is entered in favor of defendant Briggs and Stratton Corporation and against plaintiff Tolbert on

plaintiff Tolbert's Title VII claims, with plaintiff Tolbert taking nothing as to said claims.

(3) Plaintiff Tolbert's state-law claim for intentional infliction of emotional distress is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Tolbert, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of February, 2007.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE