IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -7  P 2: 40

| | |
|---|---|
| ELVIS TOLBERT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:05cv1149-T |
| BRIGGS AND STRATTON CORPORATION, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Elvis Tolbert, Plaintiff, herein, now appeals to the United States Court of Appeals for the Eleventh Circuit, from the Federal District Court's Order entering final judgment on February 8, 2007.

DATED this 7th day of March 2007.

_____
JURALDINE BATTLE-HODGE (BAT033)
Attorney for Plaintiff

LAW OFFICES OF JURALDINE BATTLE-HODGE
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
Telephone: (334) 262-1177, 263-5575
Facsimile: (334) 263-5569
Email: battleb@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2007, the foregoing document was served upon the following counsel of record by placing a copy of the same in the U.S. Mail, First Class postage prepaid, addressed as follows:

Thomas A. Davis
**CONSTANGY, BROOKS & SMITH, LLC**
Suite 1410, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

_____
Of Counsel