IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11109-II

ELVIS TOLBERT,

                                                  Plaintiff-Appellant,

versus

BRIGGS AND STRATTON, CORPORATION,

                                                  Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the record excerpts within the time fixed by the rules, effective this 30th day of April, 2007.

                                      THOMAS K. KAHN
                                      Clerk of the United States Court
                                      of Appeals for the Eleventh Circuit

                                      By:  Tonya Dumas
                                            Deputy Clerk
                                            FOR THE COURT - BY DIRECTION

ORD-40