IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2007 JUN -1  A 10: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 30 2007
THOMAS K. KAHN
CLERK

No. 07-11109-H

ELVIS TOLBERT,

Plaintiff-Appellant,

versus

BRIGGS AND STRATTON, CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

BEFORE: DUBINA and CARNES, Circuit Judges.

BY THE COURT:

Appellant's motion to set aside dismissal, remedy default and reinstate appeal is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia