UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

August 21, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO <u>CV-05-A-1149-E</u>

USCA NO <u>  07-11109-II  </u>

ELVIS TOLBERT VS. BRIGG AND STRATTON, CORP.

---

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
  __Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [  ]
  _First Notice of Appeal:_Yes,__ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
  _Yes, The Court Reporter(s) is/are
  __No            Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
  ___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
  __The Appellate docket fee has been paid;__Yes,__No:___Date,  Receipt#_____
  ___Appellant has been ___GRANTED;___
  _DENIED IFP, Copy of Order enclosed.
  __Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
  __Appeal Bond, ___ Supersedeas Bond
  X_The District Judge or Magistrate Judge appealed from is Hon: <u>W. HAROLD ALBRITTON</u>
  __This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
  __This is a DEATH PENALTY a_____
  __ Certified record on appeal consisting of:
            2_Volume(s) of Pleadings,___ Volume(s) of Transcripts,
            __ SEALED ITEMS, ie. __ PSI(s)___; OTHER____; TAPE(s)____
            __ Exhibits:
            __Volume (s) of Original Papers

---

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: _____
     Deputy Clerk