# United States Court of Appeals
Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

RECEIVED

2008 JAN -2 A 11: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 28, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-11109-BB**
Case Style: Elvis Tolbert v. Briggs and Stratton, Corp.
District Court Number:  05-01149 CV-T-E

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original record on appeal or review, consisting of: Two Volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Will Miller (404) 335-6194

Encl.

MDT-1 (06/2006)