IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ELVIS TOLBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1149-MHT |
| ) | |
| BRIGGS and STRATTON, ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on November 29, 2007, wherein the final judgment of this court made and entered herein on February 8, 2007 (Doc. no. 51), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on December 28, 2007, and received in the office of the clerk of this court on January 2, 2008 (Doc. no. 58), it is the ORDER, JUDGMENT, and DECREE of

the court that the final judgment of this court made and entered on February 8, 2007 (Doc. no. 51), is continued in full force and effect.

DONE, this the 7th day of January, 2008.


　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE